**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH A. BIANCHI,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 05-05274 JSW<br><br>**AMENDED ORDER REFERRING<br>CASE TO MAGISTRATE JUDGE** |

   Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

   **IT IS SO ORDERED.**

Dated: April 19, 2006

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom