1 | KEVIN V. RYAN (SBN 118321)
United States Attorney
2 | JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
3 | OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney
4
    450 Golden Gate Avenue, 9th Floor
5 |   San Francisco, California 94102-3495
    Telephone: (415) 436-7241
6 |   Facsimile: (415) 436-6748
    Email: owen.martikan@usdoj.gov
7
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KENNETH A. BIANCHI, ) No. C 05-5274 EDL
) **E-FILING CASE**
    Plaintiff, )
) **STIPULATION AND [PROPOSED]**
  v. ) **ORDER TO EXTEND EXPERT**
) **DISCLOSURE DATE**
UNITED STATES OF AMERICA, )
)
    Defendant. )
)

The parties hereby stipulate and request that the Court continue the deadline for expert disclosures, currently set for August 11, 2006, to September 8, 2006. The reason for this requested continuance is to allow defendant's experts additional time to perform medical examinations and to review plaintiff's financial records.

This request is not made for purposes of delay, and will not affect the trial date.

So stipulated and respectfully submitted.

KEVIN V. RYAN
United States Attorney

Dated: 8/10/06

/s/
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendant

CAMPAGNOLI, ABELSON & CAMPAGNOLI

Dated: 8/10/06

/s/
MARK ABELSON, ESQ.
Attorneys for Plaintiff

**ORDER**

Pursuant to the parties' stipulation and for good cause shown, the deadline for expert witness disclosures is continued from August 11, 2006, to September 8, 2006.

SO ORDERED.

Dated: August 10, 2006

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIP & [PROPOSED] ORDER RE: EXPERT DISCLOSURE
C 05-5274 EDL
2