KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
OWEN P. MARTIKAN (SBN 177104)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:   (415) 436-7241
    Facsimile:    (415) 436-6748
    Email:       owen.martikan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KENNETH A. BIANCHI, | ) | No. C 05-5274 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATED DISMISSAL OF THE** |
| v. | ) | **ENTIRE CAUSE OF ACTION** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the undersigned parties and their attorneys, that this action having been settled and compromised, it shall be dismissed with prejudice.

**For Plaintiff Kenneth Bianchi.**

                                                       CAMPAGNOLI, ABELSON
                                                              & CAMPAGNOLI

DATED: _12/29/06_____          By:    ___/s/_____
                                                             MARK B. ABELSON
                                                            Attorney for Plaintiff

**For The Federal Defendants.**

                                                            KEVIN V. RYAN
                                                           United States Attorney

DATED: __1/17/07_____    By:    ___/s/_____
                                                            OWEN P. MARTIKAN
                                                          Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: January 17, 2007



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. FOR DISMISSAL & [PROPOSED] ORDER
C 05-5274 EDL

2